| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------X<br>UNITED STATES OF AMERICA,<br><br>    -against-<br><br>CHINWENDU ALISIGWE,<br>                                        Defendant.<br>------------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 8/5/22<br><br>22-CR-425 (VEC)<br><br><u>ORDER</u> |

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 4, 2022, an Indictment was filed against Defendant Chinwendu Alisigwe, *see* Dkt. 5;

WHEREAS Mr. Alisigwe has already been presented before a Magistrate Judge, *see* Dkt. 4; and

WHEREAS this case has been assigned to the Undersigned;

IT IS HEREBY ORDERED that an arraignment in this matter is scheduled for **Tuesday, August 9, 2022, at 10:30 a.m.** The arraignment will be held in **Courtroom 443** of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: August 5, 2022**
**        New York, NY**

                                                          _____
                                                          **VALERIE CAPRONI**
                                                          **United States District Judge**