USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                                   :
UNITED STATES OF AMERICA,               :
                                                   :
                -against-                   :           22-CR-425 (VEC)
                                                   :
                                                  :                ORDER
CHINWENDU ALISIGWE,                   :
                                Defendant.      :
                                                    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on October 14, 2022, the parties appeared for a status conference;

        IT IS HEREBY ORDERED that any pre-trial motions are due not later than **December 9, 2022**, any responses are due not later than **January 6, 2023**, and any replies are due not later than **January 13, 2023**.  Any motions *in limine* are due not later than **January 27, 2023**, and any responses are due not later than **February 10, 2023**.  The parties' proposed voir dire questions and requests to charge are due not later than **February 24, 2023**.

        IT IS FURTHER ORDERED that a Final Pre-Trial Conference is scheduled for **March 8, 2023 at 2:30 p.m.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY.  Jury selection and the trial will commence on **March 13, 2023**.

        IT IS FURTHER ORDERED that time is excluded for the period between October 14, 2022, and March 8, 2023, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) (A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial given the complexity of the case, the volume of discovery, and the logistical difficulties that continue to be caused by COVID-19.

**SO ORDERED.**

Date:   October 17, 2022                                   _____
         New York, NY                                        **VALERIE CAPRONI**
                                                                       **United States District Judge**