USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                             :

UNITED STATES OF AMERICA,                :

            -against-                :         22-CR-425 (VEC)

                                :         <u>ORDER</u>

CHIWENDU ALISIGWE,                    :

                         Defendant.    :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 2, 2022, Defendant Chiwendu Alisigwe filed a motion seeking a bail hearing, *see* Dkt. 18;

      IT IS HEREBY ORDERED that the Government must file any response to the motion not later than **Monday, November 7, 2022**.

      IT IS FURTHER ORDERED that a bail hearing is scheduled for **Wednesday, November 9, 2022 at 2:30 P.M.** in **Courtroom 443** of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  November 3, 2022                                         _____
       New York, NY                                               **VALERIE CAPRONI**
                                                                   **United States District Judge**