USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/09/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
          -against- : 22-CR-425 (VEC)
:
: ORDER
:
CHIWENDU ALISIGWE, :
                     Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 2, 2022, Defendant Chiwendu Alisigwe filed a motion seeking a bail hearing and release from custody, *see* Dkt. 18; and

    WHEREAS on November 9, 2022, the parties appeared before the Court for a bail hearing;

    IT IS HEREBY ORDERED that the motion is DENIED for the reasons stated at the hearing. The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. 18.

**SO ORDERED.**

**Date: November 9, 2022**
**New York, NY**

                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**