```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA
```
                                                                                                   NOTICE OF MOTION

      -against-

                                                                                                   22-CRIM-425 (VEC)

CHINWENDU ALISIGWE

                                  Defendant
-------------------------------------------------------------X

      Upon the declaration of Chinwendu Alisigwe, and the Memorandum of Law in Support of the Motion to Suppress and its attached exhibits, Defendant Chinwendu Alisigwe will move this Court, before the Honorable Valerie E. Caproni, United States District Judge for the Southern District of New York, at the United States Courthouse located at 40 Foley Square, New York, New York, for an order, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure, suppressing physical evidence and statements obtained in violation of the Fourth and Fifth Amendments to the United States Constitution, and granting such other relief as the Court may deem just and proper.

January 6, 2023
Brooklyn, New York

                                                                  Respectfully Submitted,

                                                                  Stoll, Glickman & Bellina, LLP
                                                                  *Attorneys for Chinwendu Alisigwe*

                                                                  _____
                                                                  by Andrew B. Stoll
                                                                 300 Cadman Plaza West, 12th Floor
                                                                Brooklyn, NY  11201