**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/02/2023

February 1, 2023

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *United States v. Chinwendu Alisigwe*, 22 Cr. 425 (VEC)

Dear Judge Caproni:

    The Government respectfully writes, with the consent of the defense, to request a short adjournment of its deadline to respond to the defendant's pending motion to suppress physical evidence and statements (ECF Nos. 27-29), presently set for February 3, 2023. The parties are engaged in ongoing discussions concerning a potential pretrial resolution of this matter, which could render further briefing on the defendant's motion moot. The parties do not anticipate, however, completing those discussions before February 3, 2023. Accordingly, the Government respectfully requests, with the consent of the defense, that its deadline to respond to the motion be adjourned two weeks, to February 17, 2023, and that the defendant's deadline for any reply be similarly adjourned to February 24, 2023.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Jonathan L. Bodansky
    Elizabeth Anne Espinosa
    Assistant United States Attorneys
    (212) 637-2385/-2216

---

Application GRANTED. The Government's deadline to respond is hereby extended from Friday, February 3, 2023 until **Friday, February 17, 2023**. Defendant's deadline to reply is extended from Friday, February 10, 2023 until **Friday, February 24, 2023**.

SO ORDERED.

*[signature]* 02/02/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE