USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-against- : 22-CR-425 (VEC)
:
: ORDER
:
CHINWENDU ALISIGWE, :
                    Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 24, 2023, the parties appeared before the Court for a change-of-plea hearing; and

WHEREAS Defendant indicated at the hearing that he requires more time to discuss the case with his attorney before deciding whether to proceed with his guilty plea or to proceed to trial;

IT IS HEREBY ORDERED that for the reasons stated at the hearing, the parties must appear for a status conference on **Thursday, March 2, 2023 at 10:30 A.M.** in **Courtroom 443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that time remains excluded until March 8, 2023 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) (A).  *See* Order, Dkt. 15.

**SO ORDERED.**

Date:  February 24, 2023
New York, NY

_____
**VALERIE CAPRONI
United States District Judge**