USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/02/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                          :
:
-against-                          :        22-CR-425 (VEC)
:
:                  ORDER
CHINWENDU ALISIGWE,                                :
                            Defendant.             :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 2, 2023, the parties appeared before the Court for a status conference;

WHEREAS the parties are currently scheduled to begin trial on March 27, 2023; and

WHEREAS Defendant indicated at the hearing that he is contemplating presenting an affirmative defense of duress at trial;

IT IS HEREBY ORDERED that the parties must appear for a further status conference on **Tuesday, April 4, 2023 at 10:30 A.M.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  At the conference, Defendant must be prepared to indicate whether he is pursuing a duress defense, any witnesses he intends to call in support of that defense, when he is available for an evidentiary hearing regarding that defense, and when he is available for trial.

IT IS FURTHER ORDERED that Defendant's trial date is adjourned *sine die* pending Defendant's decision regarding whether to assert duress.

IT IS FURTHER ORDERED that time is excluded for the period between March 8, 2023 and April 4, 2023 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) (A), as the ends of justice

served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial given Defendant's need to determine whether he seeks to pursue duress as an affirmative defense.

**SO ORDERED.**

Date:  March 2, 2023
New York, NY

                                             **VALERIE CAPRONI**
                                             **United States District Judge**