USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/05/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                 :

UNITED STATES OF AMERICA,          :

              -against-          :        22-CR-425 (VEC)

                                                 :        <u>ORDER</u>

CHINWENDU ALISIGWE,               :
                               Defendant.    :

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 2, 2023, the Government moved for a pretrial evidentiary hearing regarding Defendant's anticipated duress defense and setting forth applicable law regarding Defendant's threshold burden to present the defense, *see* Gov't Letter, Dkt. 35;

    WHEREAS on April 4, 2023, the parties appeared before the Court for a status conference;

    WHEREAS Defendant confirmed at the conference that he seeks to present an affirmative defense of duress at trial;

    WHEREAS Defendant consented to a pretrial evidentiary hearing regarding Defendant's duress defense so the Court can decide whether Defendant may present the defense at trial; and

    WHEREAS Defendant seeks to testify in support of the defense but does not intend on calling any other witnesses for the evidentiary hearing;

    IT IS HEREBY ORDERED that the parties must appear for a pretrial evidentiary hearing regarding Defendant's duress defense on **Thursday, May 25, 2023 at 11:00 A.M.** in Courtroom **443**, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

IT IS FURTHER ORDERED that not later than **Friday, April 21, 2023**, Defendant must respond to the Government's letter regarding his threshold burden to present the defense. The Government must reply not later than **Friday, May 5, 2023.**

IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1) (D) for the period between April 4, 2023 and a prompt disposition on the Government's motion.

**SO ORDERED.**

Date:  April 5, 2023  
New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**