**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/11/2023

May 10, 2023

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Chinwendu Alisigwe*, 22 Cr. 425 (VEC)

Dear Judge Caproni:

    The Government respectfully requests that the Court reschedule the hearing in this matter that is currently scheduled for June 2, 2023, due to a scheduling conflict. The parties are both available on May 30, 2023, which the Government understands is convenient for the Court.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

        By: /s/_____
        Jonathan L. Bodansky
        Elizabeth Anne Espinosa
        Assistant United States Attorneys
        (212) 637-2385/-2216

Cc:    Andrew Brian Stoll, Esq. (by ECF)

---

Application GRANTED. The hearing scheduled for Friday, June 2, 2023 at 10:00 A.M. is hereby rescheduled to **Tuesday, May 30, 2023 at 11:00 A.M.**

SO ORDERED.

*[signature]* 05/11/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE