**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/26/2023



300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Honorable Valerie Caproni                                May 26, 2023
United States District Court, SDNY
40 Foley Square
New York, NY  10007-1312
by ECF

Re:   USA v. Chinwendu Alisigwe
       22-CRIM-425 (VEC)

Your Honor-

I am Defendant's counsel in the above referenced matter.  This is a request for an order permitting me to bring my laptop and portable hard drive into the courthouse for our hearing scheduled for this Tuesday, May 30.

Thank you for your consideration.

Sincerely Yours,

Andrew B. Stoll
Stoll, Glickman & Bellina L.L.P.

---

Application DENIED without prejudice.  Counsel must comply with the Undersigned's criminal rules of practice, which require counsel to email a proposed order to Chambers.  The form order is available here: https://www.nysd.uscourts.gov/sites/default/files/2020-06/Electronic%20Dev.pdf

SO ORDERED.

*/s/ Valerie Caproni*
05/26/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE