

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/31/2023

May 31, 2023

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Chinwendu Alisigwe*, 22 Cr. 425 (VEC)

Dear Judge Caproni:

    The Government writes to respectfully request that the Court set a control date for a conference in this matter and exclude time under the Speedy Trial Act until that date because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). During a conference held April 4, 2023, the Court excluded time until May 31, 2023, and yesterday, indicated that a schedule would be set for the remainder of the case once the Court has ruled on the defendant's proposed duress defense. The exclusion of time will provide time for the Court to consider and rule on the proposed duress defense and the parties to discuss potential resolutions to the matter. The Government has conferred with the defense, who does not object to the request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    By: /s/
        Jonathan L. Bodansky
        Elizabeth A. Espinosa
        Assistant United States Attorneys
        (212) 637-2385/-2216

Cc:    Andrew Brian Stoll, Esq. (by ECF)

Application DENIED as moot.  Time in this case has been excluded under the Speedy Trial Act until "a prompt disposition on the Government's motion" to preclude Mr. Alisigwe from presenting a duress defense at trial.  *See* Order, Dkt. 42.  The Court will schedule a status conference when resolving the motion.

SO ORDERED.

05/31/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE