USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
UNITED STATES OF AMERICA,                                            :
                                                                     :
                -against-                                         :         22-CR-425 (VEC)
                                                                     :
                                                                     :         ORDER
CHINWENDU ALISIGWE,                                                  :
                              Defendant.                        :
                                                                     :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 17, 2022, the Court scheduled a trial in this matter for March 13, 2023, *see* Order, Dkt. 15;

       WHEREAS on January 6, 2023, Defendant filed a motion to suppress, *see* Def. Mot., Dkt. 27;

       WHEREAS on March 2, 2023, the Court adjourned Defendant's trial date *sine die* pending the resolution of Defendant's request to present a duress defense, *see* Order, Dkt. 36;

       WHEREAS on June 23, 2023, the Court held that Defendant is precluded from presenting a duress defense at trial, *see* Opinion & Order, Dkt. 52; and

       WHEREAS on July 10, 2023, the parties appeared for a status conference;

       IT IS HEREBY ORDERED that for the reasons stated at the July 10, 2023 conference, the trial in this case is scheduled for **Monday, November 6, 2023** in Courtroom **443** of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. The Final Pre-Trial Conference is scheduled for **Thursday, November 2, 2023 at 2:30 P.M.**

IT IS FURTHER ORDERED that the Government's response to Defendant's pretrial motion is due not later than **Friday, August 4, 2023**. Defendant's reply is due not later than **Friday, August 18, 2023**. Any hearing required to resolve the motion will be held on **Thursday, October 19, 2023 at 10:00 A.M.**

IT IS FURTHER ORDERED that any motions in limine are due not later than **Friday, August 25, 2023**, with responses due not later than **Friday, September 8, 2023**. The parties' proposed voir dire questions and requests to charge are due not later than **Friday, September 22, 2023**.

**SO ORDERED.**

Date: July 10, 2023
New York, NY

                                            **VALERIE CAPRONI**
                                            **United States District Judge**