```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/07/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
        -against-                 :       22-CR-425 (VEC)
:
:       <u>ORDER</u>
CHINWENDU ALISIGWE,                       :
                 Defendant.         :
:
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on January 6, 2023, Mr. Alisigwe filed a motion to suppress (the "Motion"), *see* Def. Not. of Mot., Dkt. 27;

    WHEREAS as part of the Motion, Mr. Alisigwe requested a suppression hearing in the event of factual disputes precluding the Motion's resolution, *see* Def. Mem. in Supp. of Mot., Dkt. 28, at 8;

    WHEREAS a suppression hearing "ordinarily is required if the moving papers are sufficiently definite, specific, detailed, and nonconjectural to enable the court to conclude that contested issues of fact going to the validity of the search are in question," *United States v. Pena*, 961 F.2d 333, 339 (2d Cir. 1992);

    WHEREAS the Government responded that a suppression hearing is necessary to resolve whether law enforcement's seizure of passports from Mr. Alisigwe's residence upon his arrest on July 26, 2022 (the "Seizure"), was lawful, *see* Gov't Mem., Dkt. 57, at 17;

    WHEREAS the Court previously ordered that any hearing required to resolve the Motion would take place on Thursday, October 19, 2023, at 10:00 A.M., *see* Order, Dkt. 55; and

    WHEREAS that time is no longer convenient for the Court;

1

IT IS HEREBY ORDERED that, because Mr. Alisigwe's moving papers are sufficiently detailed to establish contested issues of fact regarding the Seizure's lawfulness,[1] the parties must appear for a suppression hearing regarding the Seizure. The hearing is rescheduled from Thursday, October 19, 2023, at 10:00 A.M. to **Wednesday, September 13, 2023, at 10:00 A.M.**

**SO ORDERED.**

Date:  August 7, 2023
New York, NY

VALERIE CAPRONI
United States District Judge

---

[1] Not later than **Friday, August 18, 2023**, Mr. Alisigwe must submit a signed version of the declaration in support of his Motion. *See* Alisigwe Decl., Dkt. 29.