**MEMO ENDORSED** 
U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/16/2023

August 16, 2023

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Chinwendu Alisigwe*, 22 Cr. 425 (VEC)

Dear Judge Caproni:

    The Court has scheduled a suppression hearing in the above-captioned matter for September 13, 2023 at 10:00 a.m. The Government's witness for the hearing is unavailable on that date, as he will be out of the country from September 1-15, 2023. The Government has conferred with defense counsel about an alternative hearing date. The parties and witnesses are available from September 19-22, 2023; they are not available during the weeks of August 21, 2023 or August 28, 2023. The Government therefore respectfully requests that the suppression hearing be rescheduled to September 19, 20, 21, or 22, 2023.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

    By: /s/
        William C. Kinder
        Jonathan L. Bodansky
        Elizabeth Anne Espinosa
        Assistant United States Attorneys
        (212) 637-2394/-2385/-2216

Cc:    Andrew Brian Stoll, Esq. (by ECF)

Application GRANTED. The suppression hearing scheduled for Wednesday, September 13, 2023 at 10:00 A.M. is hereby adjourned until **Thursday, September 21, 2023 at 2:30 P.M.**

SO ORDERED.

*[signature]* 08/16/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE