USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
:
        -against- : 22-CR-425 (VEC)
:
: <u>ORDER</u>
CHIWENDU ALISIGWE, :
                    Defendant. :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 17, 2023, a Superseding Indictment was filed against Defendant Chiwendu Alisigwe, *see* Dkt. 62;

    IT IS HEREBY ORDERED that an arraignment in this matter is scheduled for **Tuesday, August 22, 2023, at 10:00 a.m.** The arraignment will be held in **Courtroom 443** of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: August 17, 2023**
       **New York, NY**
                                          **VALERIE CAPRONI**
                                         **United States District Judge**