USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
:
        -against- :    22-CR-425 (VEC)
:
:    <u>ORDER</u>
CHIWENDU ALISIGWE, :
                  Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 17, 2023, a Superseding Indictment was filed against Defendant Chiwendu Alisigwe, *see* Dkt. 62;

    WHEREAS on August 21, 2023, Defendant's counsel Andrew Stoll moved to withdraw from this matter, *see* Not. of Mot., Dkt. 64;

    WHEREAS on August 22, 2023, the parties appeared for a conference (the "Conference"); and

    WHEREAS at the Conference, Defendant was arraigned and the Court entered a plea of not guilty on his behalf;

    IT IS HEREBY ORDERED that for the reasons stated at the Conference, Mr. Stoll is relieved as Defendant's counsel and the Federal Defenders of New York are reappointed as Defendant's counsel.  The Clerk of Court is respectfully directed to close the open motion at Docket Entry 64.

    IT IS FURTHER ORDERED that the parties must appear for a status conference on **Friday, August 25, 2023, at 10:30 a.m.** in **Courtroom 443** of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: August 22, 2023**
      **New York, NY**

_____
      **VALERIE CAPRONI**
      **United States District Judge**

2