USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
           :
UNITED STATES OF AMERICA,           :
           :
          -against-          :      22-CR-425 (VEC)
           :
           :      <u>ORDER</u>
CHIWENDU ALISIGWE,           :
          Defendant.           :
           :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 6, 2023, Defendant filed a motion to suppress, *see* Def. Not. of Mot., Dkt. 27;

      WHEREAS on July 10, 2023, the Court set a trial date for Monday, November 6, 2023, *see* Order, Dkt. 55;

      WHEREAS on August 4, 2023, the Government responded to Defendant's motion to suppress, *see* Gov't Mem., Dkt. 57;

      WHEREAS on August 16, 2023, the Court scheduled a suppression hearing for Thursday, September 21, 2023, at 2:30 P.M., *see* Order, Dkt. 61;

      WHEREAS on August 22, 2023, the Court relieved Defendant's previous counsel and reappointed the Federal Defenders of New York to represent him; *see* Order, Dkt. 66; and

      WHEREAS on August 25, 2023, the parties appeared for a status conference (the "Conference");

      IT IS HEREBY ORDERED that for the reasons stated at the Conference, any reply in support of Defendant's motion to suppress is due not later than **Friday, September 29, 2023**. The suppression hearing is adjourned from Thursday, September 21, 2023, at 2:30 P.M. to **Thursday, October 19, 2023, at 10:00 A.M.**

IT IS FURTHER ORDERED that for the reasons stated at the Conference, the trial date is adjourned from Monday, November 6, 2023, to **Monday, December 11, 2023**.  The deadline for motions in limine is extended from Friday, August 25, 2023, to **Friday, October 6, 2023**, with responses due not later than **Friday, October 20, 2023**.  The deadline for proposed voir dire questions and requests to charge is extended from Friday, September 22, 2023, to **Friday, October 27, 2023**.  The Final Pre-Trial Conference is adjourned from Thursday, November 2, 2023, at 2:30 P.M. to **Thursday, December 7, 2023, at 2:30 P.M.**

**SO ORDERED.**

Date:  August 25, 2023
       New York, NY

_____
VALERIE CAPRONI
**United States District Judge**