USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                     :

UNITED STATES OF AMERICA,           :
                                       :

           -against-             :                 22-CR-425 (VEC)
                                       :

                                       :                     <u>ORDER</u>

CHIWENDU ALISIGWE,               :
                      Defendant.      :

                                         :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a suppression hearing is currently scheduled for Thursday, October 19, 2023,

at 10:00 A.M.; and

       WHEREAS that time is no longer convenient for the Court;

       IT IS HEREBY ORDERED that the suppression hearing is adjourned until **Friday,**

**October 20, 2023, at 2:30 P.M.**

**SO ORDERED.**

Date:  **September 15, 2023**
        **New York, NY**

                                             **VALERIE CAPRONI**
                                         **United States District Judge**