```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                -against-                             22-CR-425 (VEC)

                                                    <u>ORDER</u>

    CHIWENDU ALISIGWE,
                          Defendant.
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a suppression hearing is currently scheduled for Friday, November 17, 2023, at 2:30 P.M.;

    WHEREAS the parties filed motions *in limine* on October 20, 2023, Dkts. 81-83; and

    WHEREAS the parties filed responses in opposition to the motions *in limine* on November 3, 2023, Dkts. 84-85.

    IT IS HEREBY ORDERED that the parties be prepared to discuss the motions *in limine* and the defense's pending motion for reconsideration of the Court's order precluding a duress defense at the suppression hearing on November 17, 2023.

    IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to terminate the open motion at Dkt. 87.

**SO ORDERED.**

Date: **November 13, 2023**
       **New York, NY**
                                                                     **VALERIE CAPRONI**
                                                                   **United States District Judge**