USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/14/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                        :

UNITED STATES OF AMERICA,           :

                             :

           -against-             :           22-CR-425 (VEC)

                             :

                             :            ORDER

CHINWENDU ALISIGWE,             :

                  Defendant.    :

                             :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS a suppression hearing is currently scheduled for Friday, November 17, 2023,

at 2:30 P.M.;

IT IS HEREBY ORDERED that the hearing is rescheduled for **Friday, November 17,**

**2023, at 2:00 P.M.**

**SO ORDERED.**

_____

**Date:  November 14, 2023**                          **VALERIE CAPRONI**
**New York, NY**                               **United States District Judge**