USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
   UNITED STATES OF AMERICA,

               -against-                    22-CR-425 (VEC)

                                             ORDER

   CHIWENDU ALISIGWE,
                            Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 6, 2023, the Government filed a motion *in limine* requesting the Court to rule that Mr. Alisigwe's tax returns for the years 2017 to 2021 and his application for naturalization are admissible, *see* Dkt. 108; and

       WHEREAS on December 7, 2023, the parties appeared for a Final Pre-Trial Conference;

       IT IS HEREBY ORDERED that the Government's supplemental motion *in limine* is GRANTED IN PART. That Mr. Alisigwe (a) listed certain names on his naturalization application form and (b) failed to report certain income in his tax returns are relevant facts, and the parties have indicated that they believe they can reach an appropriate stipulation as to those facts. The Government should not mention either fact during its opening and must provide the Court with notice before mentioning either of those facts in front of the jury; when the Government wishes to introduce the stipulation, the Court will rule on the Defendant's Rule 403 objection. If the parties fail to agree on the language of either stipulation, the Government must notify the Court immediately so that it can rule on the admissibility of either document itself.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to terminate the open motion at Dkt. 108.

**SO ORDERED.**

Date:  **December 7, 2023**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

2