USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
:
        -against- :    22-CR-425 (VEC)
:
:     ORDER
CHIWENDU ALISIGWE, :
                  Defendant. :
:
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on December 14, 2023, Mr. Alisigwe was found guilty of bank fraud, conspiracy to commit bank fraud, and conspiracy to commit money laundering;

    IT IS HEREBY ORDERED that Mr. Alisigwe will be sentenced on **Monday, April 8, 2024, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Sentencing submissions are due on **Monday, March 25, 2024**.

    IT IS FURTHER ORDERED that any post-trial motions are due by no later than **Friday, January 19, 2024**. The Government's response to any post-trial motions is due by no later than **Friday, February 9, 2024**, and the Defendant's reply is due by no later than **Friday, February 16, 2024**.

**SO ORDERED.**

Date: December 14, 2023                               _____
      New York, NY                                        **VALERIE CAPRONI**
                                                                     **United States District Judge**