USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                -against-                    22-CR-425 (VEC)

                                             ORDER

    CHINWENDU ALISIGWE,
                            Defendant.

------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Mr. Alisigwe's sentencing is scheduled for Monday, April 8, 2024, at 11:00 A.M.;

       IT IS HEREBY ORDERED that, by no later than **6:00 P.M. on Sunday, April 7, 2024**, the Government must file a letter stating whether Wheelchairs 4 Kids and Prince George's County experienced actual loss from the scheme. If they did, the letter must provide the evidence at trial establishing the actual loss amount.

       IT IS FURTHER ORDERED that in the same letter the Government must inform the Court which victims (and at what amount each) comprise the $499,949.88 in requested restitution.

**SO ORDERED.**

**Date: April 5, 2024**
**New York, NY**

                                                                     **VALERIE CAPRONI**
                                                                  **United States District Judge**