Nigeria State
West Africa
28th May, 2024

The Honourable Valerie E. Caproni
US District Court,
Southern District of New York,
40 Foley Square
New York Ny, 10007.

United States v. Alisigwe, 22-cr-425



RECEIVED JUN 07 2024 VALERIE CAPRONI U.S. DISTRICT JUDGE S.D.N.Y.

<u>Notification of Unawareness of Appeal in 22Cr425 VEC</u>

Dear Judge Caproni,

    I am writing to bring to your attention a matter of great importance regarding my husband Chinwendu C. Alisigwe (22 Cr 425 VEC), who was sentenced in your Court on April 8, 2024.

    I am writing on behalf of my husband, as he has instructed me to do so. Recently, I discovered online that an Appeal had been filed on his behalf without his knowledge or consent. I was shocked and concerned to learn of this development as my husband had not authorized her Lawyer to file an appeal, I immediately notifed the paralegal to informed the lawyer to withdraw the appeal and which my husband also instructed her Lawyer to withdraw the Appeal through their phone communication. I just want to ensure that the court is aware of this situation and that my husband's wishes are respected.

    We kindly request that you take not of this letter and confirm that the appeal has been withdrawn. We also

Serving this sentence

Thank you for your attention to this matter. please feel free to contact me if you require any additional information.

+2348090176607.

Yours Faithfully

Uju Chidimma Alisigwe.

Sender

Uju Chidinma Alisigwe
Umuderu Umuome Umugumo
Parish 1, Owerri west L.G.A
Imo - state
+2348090176607