USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/13/2024___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                          :
UNITED STATES OF AMERICA,                                 :
                                                          :
                        -against-                         :          22-CR-425 (VEC)
                                                          :
                                                          :          ORDER
CHIWENDU ALISIGWE,                                        :
                                        Defendant.        :
                                                          :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 7, 2024, the Court received a letter from Mr. Alisigwe's wife regarding an appeal filed on his behalf purportedly without his knowledge, *see* Dkt. 143; and

WHEREAS on June 12, 2024, the Court received a letter from Mr. Alisigwe regarding an appeal filed on his behalf without his knowledge, *see* Dkt. 144;

IT IS HEREBY ORDERED that, by not later than **Friday, June 21, 2024**, Defendant's counsel must submit a letter to the Court confirming that they have taken steps to resolve this issue with their client and indicating whether they need Court assistance in resolving this issue.

**SO ORDERED.**

**Date:  June 13, 2024**
**New York, NY**

_____
            **VALERIE CAPRONI**
            **United States District Judge**