**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 20, 2024

**By ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Chinwendu Alisigwe**, 22 Cr. 425 (VEC)

Dear Judge Caproni:

We write in response to the Court's June 13, 2024 Order regarding Mr. Alisigwe's appeal. Dkt. 145.

In mid-May, after speaking with Mr. Alisigwe and his wife, members of our appeals bureau—in keeping with our office's practice and the requirements of the Second Circuit Court of Appeals—mailed him a stipulation to sign, confirming his desire to withdraw the appeal. After learning last week that Mr. Alisigwe and his wife had written to the Court, Dkt. 143-144, on Monday, June 17, 2024 we hand-delivered another copy of the stipulation to the MDC. Upon receipt of the signed stipulation, we will formally withdraw Mr. Alisigwe's appeal.

Respectfully submitted,

Ariel C. Werner
Sylvie J. Levine
Colleen Cassidy
Assistant Federal Defenders
Federal Defenders of New York
(212) 417-8770

cc:   AUSAs Meredith Foster, Adam Hobson, and William Kinder